# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Michelle Higgins, et al.

                                                            Plaintiff,

v.                                                                                                           Case No.: 1:17−cv−07637
                                                                                                        Honorable Andrea R. Wood

Lake County Circuit Court Clerk's Office, The, et al.

                                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 2, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Jury trial held and concluded on 12/2/2022. The jury returned verdicts in favor of Plaintiffs Michelle Higgins, Tiffany Deram, and Joshua Smothers against Defendant Erin Cartwright Weinstein. The jury awards Plaintiff Michelle Higgins compensatory damages in the total amount of $1,034,467 and punitive damages in the amount of $75,000. The jury awards Plaintiff Tiffany Deram compensatory damages in the total amount of $937,908 and punitive damages in the amount of $75,000. The jury awards Plaintiff Joshua Smothers compensatory damages in the total amount of $467,123 and punitive damages in the amount of $75,000. Enter judgment in favor of Plaintiffs. The time for the parties to file any post−trial motions pursuant to Fed. R. Civ. P. 50 and 59 shall be as established under those rules. Post−trial telephonic hearing set for 12/15/2022 at 11:30 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.